

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Robert Wolf
Direct Dial: 212.554.7825
Fax: 917.206.4825
E-Mail: rwolf@mosessinger.com

November 20, 2023

**VIA ECF**

Honorable Naomi R. Buchwald
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 21A
New York, New York 10007

Re:   *Concierge Auctions, LLC v. Appel*, **1:23-cv-06891-NRB**

Dear Judge Buchwald:

We represent Petitioner, Concierge Auctions, LLC ("Concierge"), in the above-referenced matter and write, with the consent of Respondent's counsel, Sam Levy, to respectfully request a brief one day extension for the filing of Petitioner's opposition to Respondent's motion to dismiss the Petition in the above captioned matter or transfer venue. (ECF 16) Petitioner's Opposition brief is currently due to be filed today, November 20, 2023.  Unanticipated urgent circumstances regarding the continuing care of my elderly father who suffers from dementia and Alzheimer's necessitate this application to file Peitioner's opposition tomorrow, instead.  Following my call late this afternoon with Mr. Levy, he indicated Respondent's consent to this application.

Accordingly, I respectfully request that the Court grant this application for a one day extension permitting Petitioner to file its opposition papers by tomorrow, November 21, 2023.

The Court's consideration is greatly appreciated.

Respectfully,

*Robert Wolf*

Robert S. Wolf

cc: All Counsel (Via ECF)

Application granted.
**So ordered.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:   November 21, 2023
         New York, New York